IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DANIELE RAE POWLEY, | Case No.: 3:23-cv-00707-AN |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Pursuant to the parties' stipulation, ECF 18, it is hereby ORDERED that attorney fees in the amount of $8,000.00 shall be awarded to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Attorney fees will be paid to plaintiff's attorney, dependent upon verification that plaintiff has no debt that qualifies for offset against the awarded fees under the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010).

If plaintiff has no such debt, then the fees shall be delivered via electronic funds transfer or by check made out to plaintiff's attorney Kevin Kerr and mailed to: **NW Disability benefits, LLC dba Kerr Robichaux & Carroll (TID 85-3999428), P.O. Box 14490, Portland, OR 97293**. If plaintiff has such a debt, then any remaining funds after offset of the debt shall be made payable to plaintiff and sent via electronic funds transfer or by check mailed to plaintiff's attorney's office at the address stated above.

IT IS SO ORDERED.

DATED this 24th day of June, 2026.

Adrienne Nelson
United States District Judge

1